

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00062-CV

| | | |
|---|---|---|
| DRUE ALLEN HOLLIS, Appellant | § | On Appeal from the 352nd District Court |
| V. | | |
| ACCLAIM PHYSICIAN GROUP, INC.; TARRANT COUNTY HOSPITAL DISTRICT D/B/A JPS HEALTH NETWORK; PROBATE COURT NO. 1 OF TARRANT COUNTY; PROBATE COURT NO. 2 OF TARRANT COUNTY; TC PROBATE COURTS 1 AND 2 ; UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER; PROPATH ASSOCIATES, P.L.L.C.; TARRANT COUNTY SHERIFF, BILL E. WAYBOURN; MESA SPRINGS, L.L.C., Appellees | §<br><br>§<br><br><br>§ | of Tarrant County (352-301866-18)<br><br><br>July 25, 2019<br><br><br>Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed in part and affirmed in part. Because we lack jurisdiction over the appeal from the portion of the vexatious-litigant order ordering Appellant Drue Allen Hollis to furnish security based on the trial court's finding that he is a

vexatious litigant, we dismiss that part of the appeal for lack of jurisdiction.  We affirm the prefiling portion of the vexatious-litigant order.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM